The UNITED STATES of America, Appel-
lant, v. John H. FRANKLIN, Appellee.

No. 8559.

Circuit Court of Appeals, Sixth Circuit.

June 27, 1940.

Frederic W. Johnson and Joseph M. LeMense, both of Cincinnati, Ohio, for appellant.

E. L. Mikesell, of Dayton, Ohio, for appellee.

Before ALLEN, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon transcript of record, briefs and argument of counsel, and it appearing to the Court that there was substantial evidence that the appellee, John H. Franklin, became totally and permanently disabled during the life of the war risk insurance policy sued on, and that there is no reversible error upon the record, it is therefore ordered and adjudged that the order of the District Judge be, and the same is, in all things, affirmed.